IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ABT ENGINEERING, INC., | ) | CASE NO. 03-50490 |
| | ) | |
| Debtor(s). | ) | Hon. John D. Schwartz |
| | ) | |

## TRUSTEE'S FINAL REPORT

Ronald R. Peterson, not individually but as Trustee for ABT Engineering, Inc. (the "Debtor"), respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. § 704(9), and states:

1. The Petition commencing this case was filed on December 16, 2003. Ronald R. Peterson was appointed Trustee on December 16, 2003. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of the estate property is set forth in Exhibit B. The scheduled value of property abandoned is $1,910,000.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of January 31, 2008 is as follows:

| | | | |
|---|---|---|---:|
| (a) | RECEIPTS (see Exhibit C): | | $15,486.50 |
| (b) | DISBURSEMENTS (see Exhibit C): | | $1,968.01 |
| (c) | NET CASH available for distribution: | | 13,518.49 |
| (d) | TRUSTEE/PROFESSIONAL COSTS: | | |
| | i) | Trustee's compensation requested (See Exhibit E) | |
| | | Fee | $2,298.65 |
| | | Expenses | $50.31 |
| | ii) | Compensation requested by attorney for the Trustee (See Exhibit F) | |
| | | Fee | $11,165.00 |
| | | Expenses | $581.39 |
| | iii) | Compensation requested by Accountant for the Trustee (See Exhibit G) | |
| | | Fee | $0.00 |
| | | Expenses | $0.00 |

5. The Bar Date for filing unsecured claims expired on May 2, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| (a) | Allowed unpaid secured claims | $0.00 |
| (b) | Chapter 7 administrative and 28 U.S.C. § 1930 claims | $14,095.35 |
| (c) | Allowed Chapter 11 administrative claims | 0.00 |
| (d) | Allowed priority claims | 0.00 |
| (e) | Allowed unsecured claims | $3,368,974.66 |

7. Trustee proposed that unsecured creditors receive a distribution of 0% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountants or other professionals was $0. Trustee's attorneys, accountants or other professionals' compensation

2

requested but not yet allowed is $0. The total of Chapter 7 professional fees and expenses requested for final allowance is $11,746.39 (See Exhibit G).

9. A fee of $2,600.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. § 329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§ 330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully submitted,

*/s/ Ronald R. Peterson*
RONALD R. PETERSON, not individually but as Trustee for ABT Engineering, Inc.

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

Dated: February 15, 2008

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved. Major tasks are summarized in paragraph form below.)

- A. Conducted Meeting of Creditors pursuant to 11 U.S.C. § 341 and discovery regarding recovery of assets.

- B. Sold tangible assets and answered creditor inquiries.

- C. Reviewed and analyzed all of the claims filed; abandoned foreign claim.

- D. Prepared report on checking claims and the Trustee's Final Report and Final Account.

**EXHIBIT A - PAGE 1**

## SUPPLEMENT TO TASKS PERFORMED BY TRUSTEE

ABT Engineering, Inc. ("ABT") filed its original petition on December 16, 2003. Its principal business was engineering industrial plants.

The principal asset of the estate was a $1.9 million claim against Pozmeat, an insolvent Polish meat processing plant. ABT had provided the engineering for the setup of this plant, while Stork Red Meat ("Stork"), by far the estate's largest unsecured creditor, supplied machinery to the plant at ABT's request. Stork asserted a claim against ABT's estate for $3.2 million in losses arising from the Pozmeat sale.

Stork requested the Trustee to undertake two courses of action.

First, Stork demanded that the Trustee conduct a detailed Fed. R. Bankr. P. 2004 examination of the Debtor's principal. As a result of that examination, the Trustee recovered approximately $16,000.00.

Second, both the Trustee and Stork faced a conundrum: Should the Trustee distribute the $16,000.00 and close the case, or should the Trustee hire Polish counsel in an effort to recover a distribution from the Polish Insolvency Proceeding. The $16,000.00 recovery would have produced a distribution to Stork of less than .5%. Stork and the Trustee agreed to use the $16,000.00 as seed money to see if a larger sum could be recovered in Poland. Consequently, the Trustee retained Michael Traison, who maintained a law office in Warsaw, Poland, to prosecute the claim before the Polish bankruptcy court. Unfortunately, the Polish court disallowed ABT's claim, and the estate lacked the money to seek further judicial review.

That is why the estate is insolvent.

**EXHIBIT A-1 - PAGE 1**

## DISPOSITION OF ESTATE PROPERTY

### (SEE ATTACHED FORM 1)

EXHIBIT B - PAGE 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 03-50490   JDS   Judge: JOHN D. SCHWARTZ | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | ABT ENGINEERING INC | Date Filed (f) or Converted (c): | 12/16/03 (f) |
| | | 341(a) Meeting Date: | 01/30/04 |
| For Period Ending: 02/15/08 | | Claims Bar Date: | 05/02/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Leumi cheking account | 4,071.69 | 4,071.69 | | 4,081.69 | 0.00 |
| 2. Pozmeat (Polish Corp.) conditional obligation | 1,910,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. 1997 Pontiac | 4,000.00 | 2,500.00 | | 3,600.00 | 0.00 |
| 4. 1998 Audi A4 Sedan (u) | 7,500.00 | 7,500.00 | | 7,500.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 304.81 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,925,571.69 | $14,071.69 | | $15,486.50 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The bar date has expired. Trustee's estimated Final Report filing date 2/8/08.

Initial Projected Date of Final Report (TFR): 12/31/06   Current Projected Date of Final Report (TFR): 02/08/08

LFORM1                                                                                                              Ver: 12.61a

## RECEIPTS AND DISBURSEMENTS

**(SEE ATTACHED FORM 2)**
**Include Notice Fixing Time for Filing Claims With Service List**

<u>EXHIBIT C - PAGE 1</u>

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 03-50490 -JDS |
|---|---|
| Case Name: | ABT ENGINEERING INC |
| Taxpayer ID No: | ********8186 |
| For Period Ending: | 02/15/08 |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3102  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/04 | 1 | Bank Leumi USA | Closed bank account | 1129-000 | 4,081.69 | | 4,081.69 |
| 07/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.29 | | 4,081.98 |
| 08/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.35 | | 4,082.33 |
| 09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.33 | | 4,082.66 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.34 | | 4,083.00 |
| 11/04/04 | 4 | Mariola Wawrezuk | Sale of 1998 Audi A4 Sedan | 1229-000 | 7,500.00 | | 11,583.00 |
| 11/11/04 | | Transfer to Acct #*******3241 | Bank Funds Transfer | 9999-000 | | 1,600.00 | 9,983.00 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.72 | | 9,983.72 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.85 | | 9,984.57 |
| 01/28/05 | 3 | Anjana Rao (c/o Pride Services) | Sale of 1997 Pontiac Grand Prix | 1129-000 | 3,600.00 | | 13,584.57 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.85 | | 13,585.42 |
| 02/22/05 | | Transfer to Acct #*******3241 | Bank Funds Transfer | 9999-000 | | 470.00 | 13,115.42 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.56 | | 13,117.98 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.79 | | 13,120.77 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.69 | | 13,123.46 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.80 | | 13,126.26 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.70 | | 13,128.96 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.78 | | 13,131.74 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.70 | | 13,138.44 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.48 | | 13,144.92 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.70 | | 13,151.62 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.49 | | 13,158.11 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.70 | | 13,164.81 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.71 | | 13,171.52 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.38 | | 13,180.90 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.19 | | 13,192.09 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.84 | | 13,202.93 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.22 | | 13,214.15 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.86 | | 13,225.01 |
| | | | Page Subtotals | | 15,295.01 | 2,070.00 | |

LFORM24

Ver: 12.61a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 03-50490 -JDS | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ABT ENGINEERING INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******3102 BofA - Money Market Account |
| Taxpayer ID No: | ******8186 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 02/15/08 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.23 | | 13,236.24 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.24 | | 13,247.48 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.89 | | 13,258.37 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.26 | | 13,269.63 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.91 | | 13,280.54 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.27 | | 13,291.81 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.30 | | 13,303.11 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.21 | | 13,313.32 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.30 | | 13,324.62 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.96 | | 13,335.58 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.33 | | 13,346.91 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.96 | | 13,357.87 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.35 | | 13,369.22 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.35 | | 13,380.57 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.51 | | 13,389.08 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.54 | | 13,397.62 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 7.16 | | 13,404.78 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 6.41 | | 13,411.19 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 5.31 | | 13,416.50 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 15,486.50 | 2,070.00 | 13,416.50 |
| | Less: Bank Transfers/CD's | | 0.00 | 2,070.00 | |
| | Subtotal | | 15,486.50 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 15,486.50 | 0.00 | |

Page Subtotals  191.49  0.00

Ver: 12.61a

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 03-50490 -JDS | | | Trustee Name: | | RONALD R. PETERSON | |
| Case Name: | ABT ENGINEERING INC | | | Bank Name: | | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | *******8186 | | | Account Number / CD #: | | *******3241 BofA - Checking Account | |
| For Period Ending: | 02/15/08 | | | Blanket Bond (per case limit): | | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/11/04 | | Transfer from Acct #*******3102 | Bank Funds Transfer | 9999-000 | 1,600.00 | | 1,600.00 |
| 11/11/04 | 003001 | Pride Rental | Seller's fee (10%) per order dated 11/3/04 | 2500-000 | | 750.00 | 850.00 |
| 11/11/04 | 003002 | Pride Rental | Audi repair fee per order dated 11/3/04 | 2500-000 | | 745.91 | 104.09 |
| 02/22/05 | | Transfer from Acct #*******3102 | Bank Funds Transfer | 9999-000 | 470.00 | | 574.09 |
| 02/22/05 | 003003 | Pride Rental | Seller's and Pontiac repair fees | 2500-000 | | 472.10 | 101.99 |

|  | COLUMN TOTALS | | 2,070.00 | 1,968.01 | 101.99 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | | 2,070.00 | 0.00 | |
|  | Subtotal | | 0.00 | 1,968.01 | |
|  | Less: Payments to Debtors | | | 0.00 | |
|  | Net | | 0.00 | 1,968.01 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********3102 | 15,486.50 | 0.00 | 13,418.50 |
| BofA - Checking Account - ********3241 | 0.00 | 1,968.01 | 101.99 |
| | 15,486.50 | 1,968.01 | 13,518.49 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   2,070.00   1,968.01

LFORM24                                                                                                                   Ver: 12.61a

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ABT ENGINEERING, INC., | ) | **CASE NO. 03-50490** |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |
| | ) | |

## DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions:

### SUMMARY OF DISTRIBUTION

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $13,518.49 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $13,518.49 |

**EXHIBIT D - PAGE 1**

Case 03-50490   Doc 31   Filed 03/12/08   Entered 03/12/08 16:15:46   Desc Main
                Document      Page 13 of 17

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 95.907445% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $14,095.35 | $13,518.49 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee<br>　Fees<br>　Expenses | $2,298.65<br>$50.31 | $2,204.58<br>48.25 |
| | Jenner & Block<br>　Fees<br>　Expenses | $11,165.00<br>$581.39 | $10,708.06<br>$557.60 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

EXHIBIT D - PAGE 2

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

<u>EXHIBIT D - PAGE 3</u>

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 724(b) - Tax liens | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

<u>EXHIBIT D - PAGE 4</u>

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $3,368,974.66 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 1 | Chaim Altbach<br>Trubnick Pogonitz & Co.<br>4650 Oakton<br>Skokie, IL 60076 | $167,334.51 | $0.00 |
| 2 | Stork Red Meat Slaughtering Bv<br>C/O Cremer Kopon<br>180 North LaSalle, #3300<br>Chicago, IL 60601 | $3,201,640.15 | $0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(3) - Late unsecured claims | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(4) -Fines/Penalties | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

<u>EXHIBIT D - PAGE 5</u>

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(5) - Interest | $0.00 | $0.00 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| N/A | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____        _____
                                                                                Trustee