**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **ABT ENGINEERING, INC.**, | ) | **CASE NO. 03-50490** |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
<u>HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above-captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  United States Bankruptcy Court
        219 South Dearborn Street
        Courtroom 719
        Chicago, Illinois 60604

   On: **April 23, 2008**   Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

   | | | |
   |---|---|---|
   | a. | Receipts | $15,486.50 |
   | b. | Disbursements | $1,968.01 |
   | c. | Net Cash Available for Distribution | $13,518.49 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0 | $2,298.65 | $50.31 |
| Jenner & Block<br>Attorney/Trustee | $0 | $11,165.00 | $581.39 |
| Accountant/Trustee | $0 | $0 | $0 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

   Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $3,368,974.66 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | Chaim Altbach<br>Trubnick Pogonitz & Co.<br>4650 Oakton<br>Skokie, IL  60076 | $167,334.51 | $0 |

2

| | | | |
|---|---|---|---|
| 2 | Stork Red Meat Slaughtering Bv<br>C/O Cremer Kopon<br>180 North LaSalle, #3300<br>Chicago, IL 60601 | $3,201,640.15 | $0 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

10. The Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

    0.00


Dated: **March 24, 2008**      For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

    Ronald R. Peterson (02188473)
    JENNER & BLOCK LLP
    330 North Wabash Avenue
    Chicago, IL 60611
PH:  (312) 923-2981
FAX:  (312) 840-7381

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7            Page 1 of 1           Date Rcvd: Mar 24, 2008
Case: 03-50490                 Form ID: pdf002        Total Served: 10

The following entities were served by first class mail on Mar 26, 2008.
db          +ABT Engineering Inc,    848 Dodge Ave #263,    Evanston, IL 60202-1506
aty         +Daniel Hoseman,    PO Box 279,    Highland Park, IL 60035-0279
aty         +Jeremy T Stillings,    Winston & Strawn LLP,    35 W. Wacker Dr.,    Chicago, IL 60601-1695
aty         +Ronald Peterson,    Jenner & Block,    330 N. Wabash Avenue,    Chicago, IL 60611-7603
tr          +Ronald R Peterson,    Jenner & Block,    One IBM Plaza 38th Fl,    Chicago, IL 60611-3586
8698651     +Chaim Altbach,    Trubnick Pogonitz & Co,    4650 Oakton,    Skokie, IL 60076-3145
7584336      Chaim Altbach,    Amzaleg 16,    Tel Aviv, Israel,
7584335     +Daniel Hoseman,    77 W Washington #1220,    Chicago, IL 60602-3247
7584337     +Mitch Lorens,    C/O Edgar Blumenfeld,    134 N LaSalle #1920,    Chicago, IL 60602-1102
7584338     +Stork Red Meat Slaughtering Bv,    C/O Cremer Kopon,    180 N LaSalle #3300,
              Chicago, IL 60601-2808

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Karen H Berg
7584334*    +ABT Engineering Inc,    848 Dodge Ave #263,    Evanston, IL 60202-1506
                                                                                           TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 26, 2008**          **Signature:** /s/ Joseph Speetjens