IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 Liquidation |
| | ) |
| **ABT ENGINEERING, INC.,** | ) **CASE NO. 03-50490** |
| | ) |
| Debtor. | ) The Honorable John D. Schwartz |
| | ) Presiding |
| | ) |

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his Final Account, and the Trustee having certified that the estate has been fully administered pursuant to Federal Rule of Bankruptcy Procedure 5009, and no objections having been filed to the Final Account:

IT IS HEREBY ORDERED that the Trustee's Final Account is approved, the Trustee is discharged, and the case shall be closed pursuant to 11 U.S.C. § 350.

ENTER:

Dated: _____, 2008    _____
                                UNITED STATES BANKRUPTCY JUDGE

1664914.1